UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BPP, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:17-cv-00225-SNLJ |
| VIVINT, INC., | ) |
|     Defendant. | ) |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff BPP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this action without prejudice, with all parties to bear their own costs and attorneys' fees.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674MO
Robert Schultz, #35329MO
640 Cepi Drive, Suite A
Chesterfield, MO  63005
636-537-4645
Fax:  636-537-2599
reisenberg@sl-lawyers.com
rschultz@sl-lawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The above-signed certifies that on February 21, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

SO ORDERED this 21st day of February, 2017. _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

SLC-8191686-1